**SO ORDERED**

RESPONSE DUE NO LATER THAN MARCH 30, 2018.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **18–13303 – NVA**    Chapter: **11**

**KSA Investments, LLC**
Debtor

## ORDER TO SHOW CAUSE AS TO DISMISSAL

Debtor filed a petition under Chapter 11 and indicated thereon that the debtor is a small business as defined under 11 U.S.C. § 101(51D). 11 U.S.C. § 1116(1) requires that the debtor shall file with the petition the debtor's most recent balance sheet, statement of operations and federal tax return; or a statement under penalty of perjury that the required documents have not been prepared. Debtor filed neither the required documents, nor the affidavit. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the debtor shall show cause in writing, if there be any, filed within 14 days of the date of entry of this order, why this case should not be dismissed or converted to a case under Chapter 7 (whichever is in the best interests of creditors) pursuant to 11 U.S.C. § 1112(b)(4)(F).

cc:   Debtor
      Attorney for Debtor – E. Christopher Amos
      U.S. Trustee
      All Creditors

**End of Order**

39x19 (rev. 12/01/2011) – cmbrown1