# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **18–13303 – NVA**   Chapter: **11**

**KSA Investments, LLC**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedules A–H due 03/28/2018**<br>**Declaration for Schedules due 03/28/2018**<br>**Summary of Assets and Liab. due 03/28/2018**<br>**Stmt. of Fin. Affairs due 03/28/2018** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**<br>**Federal Rule of Bankruptcy Procedure 1007** |

**All deficiencies must be cured by 3/28/18.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no–attorney**

Dated: 3/23/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Calton Brown
(301) 344–0407

cc:   Debtor
      Attorney for Debtor – E. Christopher Amos

Form ntcddl (03/05)