# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **18–13303 – NVA**   Chapter: **11**

**KSA Investments, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:  1 – Chapter 11 Voluntary Petition Individual. Fee Amount $808.50 Filed by KSA Investments, LLC. Chapter 11 Plan Exclusivity expires 07/12/2018. Government Proof of Claim due by 09/10/2018. (Amos, E.)

PROBLEM:  **The following items are deficient for the above pleading, and must be cured by 4/6/18. Corporate Resolution not provided.**

CURE:  Please file Corporate Resolution.

CONSEQUENCE:  Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/23/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Calton Brown
(301) 344–0407

cc:  Debtor
     Attorney for Debtor – E. Christopher Amos

defntc (rev. 12/12/2016)